UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erik Knutson, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Ion Solar, LLC,<br><br>Defendant. | Case No.: 3:17-cv-00269-GPC-AGS<br><br>ORDER GRANTING MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS<br><br>HON. GONZALO P. CURIEL |

Based upon the Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to the named Plaintiff and without prejudice as to the Putative Class.

IT IS SO ORDERED.

Dated:  April 25, 2017

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge